IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM H. SCOTT, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:11-cv-00235 |
| | ) | |
| v. | ) | Judge Gary L. Lancaster |
| | ) | |
| SUPERVALU, INC., | ) | *Electronically filed* |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this civil action, with prejudice.

/s/ Joseph H. Chivers
Joseph H. Chivers (PA ID No. 39184)
jchivers@employmentrightsgroup.com
First & Market Building
100 First Avenue, Suite 1010
Pittsburgh, PA 15222
Phone: (412) 227-0763
Fax: (412) 281-8481

Attorneys for Plaintiff

/s/ Erica L. Clarke
Terrence H. Murphy (PA ID No. 36356)
tmurphy@littler.com
Erica L. Clarke (PA ID No. 89934)
eclarke@littler.com
LITTLER MENDELSON, P.C.
625 Liberty Avenue
26th Floor
Pittsburgh, PA 15222-3110
Phone: (412) 201-7600
Fax: (412) 456-2377

Attorneys for Defendant

Dated: August 12, 2011

SO ORDERED, this 22 day of August, 2011.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge